UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

NAFISEH JALILI

VERSUS

WARDEN RICHWOOD CORRECTIONAL
CENTER ET AL

CASE NO.  3:26-CV-01997 SEC P

JUDGE TERRY A. DOUGHTY

MAGISTRATE JUDGE DAVID J. AYO

## ORDER

Before the Court is a Motion for Temporary Restraining Order ("TRO") filed by Petitioner,[1]  Nafiseh Jalili ("Jalili" or "Petitioner"),

**IT IS ORDERED** that the Motion is **DENIED**. The Fifth Circuit recently clarified that a request for stay of removal is a challenge to a removal order. *Imran v. Harper*, No. 25- 30370, 2026 WL 93131, at *1 (5th Cir. Jan. 13, 2026). Section 1252(g) strips federal courts of subject matter jurisdiction over causes or claims "arising from the decision or action by the Attorney General to commence proceedings, adjudicate cases, or *execute removal orders*" against an alien. *Id.*; 8 U.S.C. § 1252(g) (emphasis added). Thus, this Court is without jurisdiction to grant Petitioner's request for stay of removal. *See id.*

Accordingly,

**IT IS ORDERED** that Jalili's Emergency Motion for TRO is **DENIED** for a lack of jurisdiction.

---

[1] The Court points out that this Motion was filed approximately one hour before Petitioner's plane was scheduled to depart.

Page **1** of **2**

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE